IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
\_\_\_\_AMARILLO\_\_\_\_DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 9 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## ORDER TO DRAW PETIT JURORS

**IT IS ORDERED** that the Clerk, in accordance with statutes and rules of this Court, draw from the qualified jury wheel for the division named above the names of competent and qualified persons to whom a summons shall be issued, commanding each of them to appear in person to serve as petit jurors as specified below:

For A-C check reservation calendars: http://ntnet.txnd.circ5.dcn:8090/display/ops/Division+Specifics+And+Calendaring

A. Room to which jurors should be instructed to assemble for orientation:

   **First Floor Courtroom, 205 SE 5th Avenue, Amarillo, TX 79101**

B. Room in which voir dire will be conducted if different than assembly location:

   _____

C. First date jurors to be instructed to appear: **September 6, 2022**
   Jurors will be summoned for a two-week term of service unless otherwise specified below:

   **One month**

D. Case number(s) in trial: **To Be Determined**

E. Exact number of jurors to be instructed to report on date of first appearance: **40**
   (Not to exceed social distancing capacity of room designated in A. above.)

F. Exact number of summonses to be issued: **100**

SO ORDERED, this \_\_9th\_\_ day of \_\_August\_\_, 2022.

_____
UNITED STATES DISTRICT JUDGE